KRISTINA L. HILLMAN, Bar No. 208599
CRAIG L. SCHECHTER, Bar No. 308968
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
            khillman@unioncounsel.net
            cschechter@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING-RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LANE SAFETY CO., INC., a California Corporation,<br><br>                    Defendant. | 3:22-cv-07185-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:22-cv-07185-LB

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*. Said voluntary dismissal without an order of the Court is appropriate since Defendants have not filed an answer or responsive pleading in this matter.

Dated:  February 1, 2023						WEINBERG, ROGER & ROSENFELD
								A Professional Corporation

							By:	/S/ CRAIG L. SCHECHTER
								CRAIG L. SCHECHTER

								Attorneys for Plaintiffs

154095\1337216

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:22-cv-07185-LB